IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC L. SANDOVAL, | No. CIV S-08-1562-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| A. HEDGPETH, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner originally filed his petition for writ of habeas corpus in the Northern District of California on February 25, 2008. The petition was transferred to this court on July 3, 2008. Petitioner was granted leave to proceed in forma pauperis on July 24, 2008. Petitioner then filed a new petition on July 28, 2008. This newly filed petition (Doc. 9) appears to raise the same issues raised in the original petition, but is captioned as if petitioner intended to file it in the Superior Court of California, County of Sacramento.

Petitioner will be provided an opportunity to determine how to proceed in this case. Petitioner must inform this court on which petition he wishes to proceed. He can either

1

1 | stand on his original petition transferred to this court from the Northern District (Doc. 1, filed
2 | February 25, 2008) or he can proceed on his newest petition (Doc. 9, filed July 28, 2008), in
3 | which case the court will construe the petition as an amended petition.
4 |     Accordingly, IT IS HEREBY ORDERED that within in 30 days of the date of
5 | service of this order, petitioner shall notify the court which petition for writ of habeas corpus he
6 | wishes to proceed.

DATED: August 6, 2008

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2