IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC L. SANDOVAL, | No. CIV S-08-1562-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| A. HEDGPETH, | |
|     Respondent. | |
| _____ / | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner originally filed his petition for writ of habeas corpus in the Northern District of California.  The petition was transferred to this court on July 3, 2008.  Petitioner was granted leave to proceed in forma pauperis on July 24, 2008.  Petitioner then filed a new petition on July 28, 2008.  On August 7, 2008, the court issued an order directing petitioner to elect which petition he wished to proceed.  No response from this order has been received.  As petitioner has failed to respond, the court will assume petitioner wishes to proceed on the newly filed petition (Doc. 9) as an amended petition.

      The court has examined the amended petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and any

1

attached exhibits that petitioner is not entitled to relief. See id. Respondent, therefore, will be directed to file a response to petitioner's petition. See id. If respondent answers the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition. See id.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Respondent is directed to file a response to petitioner's amended petition (Doc. 9) within 60 days from the date of service of this order;

      2.    Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

      3.    The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's amended petition for a writ of habeas corpus (Doc. 9) on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: October 28, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE