IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAAC L. SANDOVAL,** | CIV S-08-1562-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **A. HEDGPETH,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's request to enlarge the time for filing the responsive pleading until January 27, 2009 is hereby GRANTED. Respondent's responsive pleading is due on January 27, 2009.

DATED: December 24, 2008

_Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1